IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michele Rae Rouse fka Michele Lofgren dba Quality Safety Services LLC | BK NO. 20-03497 HWV |
| Debtor(s) | Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

        Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
18 Dec 2020, 13:48:32, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322