In re:                                                                                         Case No. 20-03497-HWV

Michele Rae Rouse                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                 User: AutoDocke                 Page 1 of 2
Date Rcvd: Jan 22, 2021           Form ID: ntcnfhrg                 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele Rae Rouse, 29A Pinewood Circle, Hanover, PA 17331-9393 |
| 5378729 | | ARS, P O Box 630806, Cincinnati, OH 45263-0806 |
| 5378727 | + | Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 5378728 | | Arcadia Recovery Bureau, P O Box 70256, Philadelphia, PA 19176-0256 |
| 5378730 | + | Commercial Acceptance, 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 5378731 | | Computer Credit, Inc., P O Box 5238, Winston Salem, NC 27113-5238 |
| 5378732 | + | Dale Rouse, Helping Up Mission, 1029 East Baltimore Street, Baltimore, MD 21202-4705 |
| 5385914 | | Emergency Physician Associate of PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5382066 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 5378733 | + | Ford Motor Credit, P O Box 542000, Omaha, NE 68154-8000 |
| 5378734 | | HRRG, P O Box 5406, Cincinnati, OH 45273-7942 |
| 5378737 | + | NAMDAR Realty Group, 150 Great Neck Road, Suite 104, Great Neck, NY 11021-3309 |
| 5378739 | | Penn Credit, P O Box 69703, Harrisburg, PA 17106-9703 |
| 5378742 | | UPMC Pinnacle, P O Box 826813, Philadelphia, PA 19182-6813 |
| 5378741 | | UPMC Pinnacle, P O Box 829901, Philadelphia, PA 19182-9901 |
| 5378743 | + | Wells Fargo Dealer Services, P O Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5378735 | | Email/Text: camanagement@mtb.com | Jan 22 2021 19:09:00 | M & T Bank, P O Box 62182, Baltimore, MD 21264-2182 |
| 5378736 | | Email/Text: camanagement@mtb.com | Jan 22 2021 19:09:00 | M & T Bank, P O Box 900, Millsboro, DE 19966 |
| 5386198 | | Email/Text: camanagement@mtb.com | Jan 22 2021 19:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5378738 | + | Email/Text: Bankruptcies@nragroup.com | Jan 22 2021 19:10:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5380604 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2021 19:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5378740 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 22 2021 19:10:00 | RMP LLC, 6955 Hilldale Court, Indianapolis, IN 46250-2054 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021              Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Larry W. Wolf | on behalf of Debtor 1 Michele Rae Rouse ephillips@larrywwolf.com  kcrider@larrywwolf.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Michele Rae Rouse,<br>dba Quality Safety Services LLC, fka Michele Lofgren, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−03497−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 17, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: February 24, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 22, 2021 |

ntcnfhrg (03/18)