IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELE RAE ROUSE fka MICHELE LOFGREN dba
QUALITY SAFETY SERVICES LLC : CASE NO: 1-20-03497
                        Debtor
                                                                                                 : CHAPTER 13

LAKEVIEW LOAN SERVICING, LLC
                        Movant

MICHELE RAE ROUSE fka MICHELE LOFGREN dba
QUALITY SAFETY SERVICES LLC

                        Debtor
CHARLES J. DEHART, III ESQ.

                        TRUSTEE


ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY
OF LAKEVIEW LOAN SERVICING, LLC


1. ADMITTED.

2. ADMITTED.

3. ADMITTED

4. ADMITTED.

5. ADMITTED.

6. ADMITTED, that Debtor has failed to make monthly mortgage payments for the months of February through April due to a temporary reduction of business activities which is expected to return to normal.

7. ADMITTED, that the total amount due is $ 2,226.06.

8. ADMITTED.

9. ADMITTED.

10. Debtor will file an Amended Chapter 13 Plan to pay post- petition arrears.

**WHERFORE, Debtor prays that this Motion be Dismissed and allow Debtor to Amend her Chapter 13 Plan to pay the post-petition arrears.**

          **Respectfully submitted,**

**/s/ Larry W. Wolf, Esquire**
215 Broadway
Hanover, PA 17331
PH (717) 632-0067