UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELE RAE ROUSE        CASE NO. 1-20-03497-HWV

Debtor(s)        CHAPTER 13

FORD MOTOR CREDIT COMPANY, LLC

    Movant

MICHELE RAE ROUSE

    Respondent

### DEBTOR'S ANSWER TO AMENDED MOTION OF FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Proof of insurance was provided to Movant's counsel on June 3, 2021.

6. Denied. Debtor has provided adequate protection.

7. Admitted.

8. Denied. There is equity in the vehicle.

9. Denied. After the Motion was filed Debtor paid all past due payments.

10. Denied. Debtor has paid the arrears claimed.

**WHEREFORE**, Debtor prays this Honorable Court denies the Relief from Stay of Ford Motor Credit Company, LLC.

Respectfully submitted,

/s/ <u>Larry W. Wolf, Esq</u>.
215 Broadway
Hanover, PA 17331
717-632-0067