## LOCAL BANKRUPTCY FORM 9013-3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MICHELE RAE ROUSE : CHAPTER __13__
:
: CASE NO. __1__-__20__-bk-__03497 HWV__
:
:
**Debtor(s)**
FORD MOTOR CREDIT COMPANY LLC : ADVERSARY NO. __-__ ap-_____
: (if applicable)
:
:
:
**Plaintiff(s)/Movant(s)**
**vs.** : Nature of Proceeding: __Motion__
MICHELE RAE ROUSE :
JACK N ZAHARAOPOULOS, Trustee : Relief rom Stay
:
:
:
Defendant(s)/Respondent(s) : Document #: __35__

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Furthe negotiation; Debtor counsel unavailable
Counsel Larry Wolf concurs with the request for a 30 day continuance

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: __June 17, 2021__

_____
Attorney for Ford Motor Credit Company LLC
Name: Howard Gershman, Esquire
Phone Number: 215.886.1120

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.