United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                         Case No. 20-03497-HWV

Michele Rae Rouse                       Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                      Page 1 of 1

Date Rcvd: Jul 07, 2021                 Form ID: ntcltrdb                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5422724 | Email/Text: kcm@yatb.com | Jul 07 2021 18:46:00 | York Adams Tax Bureau, 1405 Duke Street, P O Box 15627, York, PA 17405-0156 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Larry W. Wolf | on behalf of Debtor 1 Michele Rae Rouse kcrider@larrywwolf.com kcrider@larrywwolf.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| In re: | | |
| Michele Rae Rouse,<br>dba Quality Safety Services LLC, fka Michele Lofgren, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−03497−HWV |

### Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, an amended proof of claim (#7) has been filed by the Trustee on behalf of York Adams Tax Bureau in the amount of $1000.00.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 7, 2021 |

ntcltrdb 05/18