LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>MICHELE RAE ROUSE<br>aka QUALITY SAFETY SERVICES<br>fka Michele Lofgreen | : | CHAPTER 13 |
| | : | CASE NO. 1-20-bk-03497 HWV |
| **Debtor(s)**<br>FORS MOTOR CREDIT COMPANY LLC | : | ADVERSARY NO. __-__-ap _____<br>(if applicable) |
| **Plaintiff(s)/Movant(s)**<br>vs.<br>MICHELE RAE ROUSE,<br>JACK A, ZAHAROPOULOS, Trustee | : | Nature of Proceeding: STAY LIFT |
| | : | Pleading: Motion for Relief |
| **Defendant(s)/Respondent(s)** | : | Document #: 25 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✔] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    [ ] Thirty (30) days.
    [✔] Forty-five (45) days.
    [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 16, 2021      Howard Gershman, Esquire _____(signature)_____
                                                                Attorney for Ford Motor Credit Compnay LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.