# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHELE RAE ROUSE

CASE NO. 1-20-03497

Debtor(s)

CHAPTER 13

### ELECTION TO CONVERT CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7

1. Debtor is Michele Rae Rouse.

2. On December 9, 2020, Debtor filed a Chapter 13 Bankruptcy Petition in the Middle District of Pennsylvania, Harrisburg Office docketed to No. 1-20-03497.

3. Debtor wishes to convert her Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307 (a) of the Bankruptcy code (title 11 of the United States Code).

4. This case has not been previously converted.

**WHEREFORE,** pursuant to the provisions of 11 U.S.C. § 1307(a) Debtor elects to have her Chapter 13 case converted to a case under Chapter 7.

**Dated August 30, 2021**

Respectfully submitted,

/s/ Larry W. Wolf, Esquire
215 Broadway
Hanover, PA 17331
I D NO 21509