IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 7
      MICHELE RAE ROUSE
      F/K/A MICHELE LOFGREN                         Case No. 1:20-03497-HWV
      D/B/A QUALITY SAFETY SERVICES, LLC
                              Debtor

ENTRY OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

Please be advised that E. Haley Rohrbaugh, Esquire of CGA Law Firm, 135 North

George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for the

Debtor, Michele Rouse.

Respectfully submitted,

CGA Law Firm


/s/E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire
Sup. Ct. I.D. No. 323803
135 North George Street
York, PA 17401
(717) 848-4900

{02016605/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

MICHELE RAE ROUSE
F/K/A MICHELE LOFGREN
D/B/A QUALITY SAFETY SERVICES, LLC
Debtor

Chapter 7

Case No. 1:20-03497-HWV

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 19, 2021, a true and correct copy of the attached document was served upon the following parties in the following manner:

| Name | Mode of Service |
|------|-----------------|
| Office of the U.S. Trustee | Via CM/ECF |

I certify under penalty of perjury that the forgoing is true and correct.

Dated: 10/19/2021

/s/E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900

{02016605/1}