Certificate Number: 13858-PAM-DE-036163189

Bankruptcy Case Number: 20-03497



13858-PAM-DE-036163189

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 26, 2021</u>, at <u>3:53</u> o'clock <u>PM EST</u>, <u>Michele Rae Rouse</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 26, 2021</u>    By: <u>/s/Wendel Ruegsegger</u>

Name: <u>Wendel Ruegsegger</u>

Title: <u>Counselor</u>