In re:  Case No. 20-03497-HWV

Michele Rae Rouse  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 2

Date Rcvd: Dec 10, 2021      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele Rae Rouse, 29A Pinewood Circle, Hanover, PA 17331-9393 |
| 5378729 | | ARS, P O Box 630806, Cincinnati, OH 45263-0806 |
| 5378727 | + | Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 5378728 | | Arcadia Recovery Bureau, P O Box 70256, Philadelphia, PA 19176-0256 |
| 5378730 | + | Commercial Acceptance, 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 5378731 | | Computer Credit, Inc., P O Box 5238, Winston Salem, NC 27113-5238 |
| 5378732 | + | Dale Rouse, Helping Up Mission, 1029 East Baltimore Street, Baltimore, MD 21202-4705 |
| 5385914 | | Emergency Physician Associate of PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5378734 | | HRRG, P O Box 5406, Cincinnati, OH 45273-7942 |
| 5378737 | + | NAMDAR Realty Group, 150 Great Neck Road, Suite 104, Great Neck, NY 11021-3309 |
| 5378739 | | Penn Credit, P O Box 69703, Harrisburg, PA 17106-9703 |
| 5378741 | | UPMC Pinnacle, P O Box 829901, Philadelphia, PA 19182-9901 |
| 5378742 | | UPMC Pinnacle, P O Box 826813, Philadelphia, PA 19182-6813 |
| 5378743 | + | Wells Fargo Dealer Services, P O Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5382066 | | EDI: FORD.COM | Dec 10 2021 23:48:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 5378733 | + | EDI: FORD.COM | Dec 10 2021 23:48:00 | Ford Motor Credit, P O Box 542000, Omaha, NE 68154-8000 |
| 5422723 | | EDI: IRS.COM | Dec 10 2021 23:48:00 | Internal Revenue Service, ATTN: Centralized Insolvency Oper., P O Box 7346, Philadelphia, Pa 19101-7346 |
| 5389992 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2021 18:47:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5378735 | | Email/Text: camanagement@mtb.com | Dec 10 2021 18:46:00 | M & T Bank, P O Box 62182, Baltimore, MD 21264-2182 |
| 5378736 | | Email/Text: camanagement@mtb.com | Dec 10 2021 18:46:00 | M & T Bank, P O Box 900, Millsboro, DE 19966 |
| 5386198 | | Email/Text: camanagement@mtb.com | Dec 10 2021 18:46:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5378738 | + | Email/Text: Bankruptcies@nragroup.com | Dec 10 2021 18:46:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5380604 | | EDI: PENNDEPTREV | Dec 10 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5380604 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 10 2021 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5378740 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |

| | | | |
| --- | --- | --- | --- |
| | | Dec 10 2021 18:46:00 | RMP LLC, 6955 Hilldale Court, Indianapolis, IN 46250-2054 |
| 5422724 | Email/Text: kcm@yatb.com | Dec 10 2021 18:46:00 | York Adams Tax Bureau, 1405 Duke Street, P O Box 15627, York, PA 17405-0156 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2021       Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Michele Rae Rouse hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| Larry W. Wolf | on behalf of Debtor 1 Michele Rae Rouse kcrider@larrywwolf.com kcrider@larrywwolf.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michele Rae Rouse<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4184<br>EIN   20–8079509 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–03497–HWV | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michele Rae Rouse
dba Quality Safety Services LLC, fka Michele Lofgren

12/10/21

**By the court:**

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**